# In the United States District Court
# For the Northern District of Alabama

FORM FOR USE IN APPLICATION FOR
HABEAS CORPUS UNDER 28 U.S.C. § 2254

CIVIL ACTION NUMBER:

CV-06-B-0898-S

(To be supplied by the Clerk of the District Court)

__Patrick ONeal Heard__
Full Name of Plaintiff-Petitioner

__Atmore Community Work Center__
Place of Confinement

vs.

__Circuit Court of Chambers County AL,__
(Name of Warden, Superintendent, Jailer, or authorized person having custody of petitioner)

and

THE ATTORNEY GENERAL OF THE STATE OF ALABAMA,
                                                    Respondents

(If petitioner is attacking a judgment which imposed a sentence to be served in the future, petitioner must fill in the name of the state where the judgment was entered. If petitioner has a sentence to be served in the future under a federal judgment which he wishes to attack, he should file a motion under 28 USC § 2255, in the federal court which entered the judgment.)

PETITION FOR WRIT OF HABEAS CORPUS BY A
PERSON IN STATE CUSTODY

INSTRUCTIONS -- READ CAREFULLY

(1) This petition must be legibly handwritten or typewritten and signed by the petitioner under penalty of perjury. Any false statement of a material fact may serve as the basis for prosecution and conviction for perjury. All questions must be answered concisely in the proper space on the form.

(2) Do not use this form unless you were convicted in one of the following counties: BIBB, BLOUNT, CALHOUN, CHEROKEE, CLAY, CLEBURN, COLBERT, CULLMAN, DeKALB, ETOWAH, FAYETTE, FRANKLIN, GREENE, JACKSON, JEFFERSON, LAMAR, LAUDERDALE, LAWRENCE, LIMESTONE, MADISON, MARION, MARSHALL, MORGAN, PICKENS, SHELBY, ST. CLAIR, SUMTER, TALLADEGA, TUSCALOOSA, WALKER, WINSTON.

(3) Upon receipt of a fee of $5 your petition will be filed if it is in proper order.

(4) If you do not have the necessary filing fee, you may request permission to proceed *in forma pauperis*, in which event you must execute the declaration on the last page, setting forth information establishing your inability to prepay the fees and costs or give security therefor.

(5) Only judgments entered by one court may be challenged in a single petition. If you seek to challenge judgments entered by different courts either in the same state or in different states, you must file separate petitions as to each court.

(6) Your attention is directed to the fact that you must include all grounds for relief and all facts supporting such grounds for relief in the petition you file seeking relief from any judgment of conviction.

(7) When the petition is fully completed, *the original and two copies* must be mailed to the Clerk of the United States District Court for the Northern District of Alabama, 104 Federal Courthouse, 1800 Fifth Avenue, North, Birmingham, Alabama 35203.

(8) Petitions which do not conform to these instructions will be returned with a notation as to the deficiency.

## PETITION

1. Name and location of court which entered the judgment of conviction under attack _Chambers County Circuit Court, Chamber County_

2. Date of judgment of conviction _December 20, 2004_

3. Length of sentence _25 years_

4. Nature of offense involved (all counts) _1 Count of Burglary 3rd Which is A CLASS C Felony_

5. What was your plea? (Check one)
   (a) Not guilty ( ✓ )
   (b) Guilty ( ˇ )
   (c) Nolo contendere ( )
   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details: _On one Count_

6. Kind of trial: (Check one)
   (a) Jury ( ✓ )
   (b) Judge only ( ✓ )

7. Did you testify at the trial?
   Yes ( )    No ( ✓ )

-2-

8. Did you appeal from the judgment of conviction?
   Yes (✓)    No (  )

9. If you did appeal, answer the following:
   (a) Name of court  Chambers County Circuit Court
   (b) Result  None
   (c) Date of result _____

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?
    Yes (✓)    No (  )

11. If your answer to 10 was "yes," give the following information:
    (a)(1) Name of court  Chambers County Circuit Court
       (2) Nature of proceeding  Rule 32
       (3) Grounds raised  Denied

       (4) Did you receive an evidentiary hearing on your petition, application or motion?
           Yes (  )    No (✓)
       (5) Result _____
       (6) Date of result _____
    (b) As to any second petition, application or motion give the same information:
       (1) Name of court  Chambers County Circuit Court
       (2) Nature of proceeding  Rule 32
       (3) Grounds raised  None, Because They Said I didn't have enough proof in The Case. But They wouldn't give me The information which I Requested from The Cleark, Which was The motion of Discovery, Recommended of Counsal.
       (4) Did you receive an evidentiary hearing on your petition, application or motion?
           Yes (  )    No (✓)
       (5) Result _____
       (6) Date of result _____
    (c) As to any third petition, application or motion, give the same information:
       (1) Name of court _____
       (2) Nature of proceeding  None

       (3) Grounds raised _____

       (4) Did you receive an evidentiary hearing on your petition, application or motion?
           Yes (  )    No (✓)

-3-

    (5) Result _____
    (6) Date of result _____
- (d) Did you appeal to the highest state court having jurisdiction the result of action taken on any petition, application or motion?
  - (1) First petition, etc    Yes ( )  No (✓)
  - (2) Second petition, etc   Yes ( )  No (✓)
  - (3) Third petition, etc    Yes ( )  No (✓)
- (e) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not: _I didn't know I could file to a higher court_

12. State *concisely* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same.
   Caution: In order to proceed in the federal court, you must ordinarily first exhaust your state court remedies as to each ground on which you request action by the federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.
   For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted your state court remedies with respect to them. However, *you should raise in this petition all available grounds* (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.
   Do not check any of these listed grounds. If you select one or more of these grounds for relief you must allege facts. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.
   - (a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.
   - (b) Conviction obtained by use of coerced confession.
   - (c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
   - (d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
   - (e) Conviction obtained by a violation of the privilege against self-incrimination.
   - (f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
   - (g) Conviction obtained by a violation of the protection against double jeopardy.
   - (h) Conviction obtained by action of a grand jury or petit jury which was unconstitutionally selected and impaneled.
   - (i) Denial of effective assistance of counsel.
   - (j) Denial of right of appeal.

A. Ground one: _____

Supporting FACTS (tell your story *briefly* without citing cases or law):

None

B. Ground two: _____

Supporting FACTS (tell your story *briefly* without citing cases or law):

None

C. Ground three: _____

Supporting FACTS (tell your story *briefly* without citing cases or law):

None

D. Ground four: _____

Supporting FACTS (tell your story *briefly* without citing cases or law):

None

13. If any of the grounds listed in 12A, B, C, and D were not **previously presented** in any other court, state or federal, state *briefly* what grounds **were not so** presented, and give your reasons for not presenting them: None

14. Do you have any petition or appeal now pending in any court, **either state or federal**, as to the judgment under attack?
    Yes ( )    No (✓)

15. Give the name and address, if known, of each attorney who represented **you in the** following stages of the judgment attacked herein:
    (a) At preliminary hearing Kesa M. Johnston

(b) At arraignment and plea Kesa M. Johnston

(c) At trial Kesa M. Johnston

(d) At sentencing Kesa M. Johnston

(e) On appeal They Didn't give me an appeal lawyer

(f) In any post-conviction proceeding None

(g) On appeal from any adverse ruling in a post-conviction proceeding None

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
Yes ( )  No (✓)

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ( )  No (✓)
   (a) If so, give name and location of court which imposed sentence to be served in the future: _____
   (b) And give date and length of sentence to be served in the future: _____
   (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
   Yes ( )  No (✓)

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____None_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on X_____.
(Date)

X  Patrick Hurst
Signature of Petitioner

STATE OF ALABAMA

COUNTY OF ESCAMBIA

### AFFIDAVIT OF PATRICK O HEARD

Before me a notary public in and for said County and State of Alabama at large personally appeared one Patrick O. Heard, who after being duly sworn under oath did depose and say: My name is Patrick O. Heard, I am over the age of 21 and able to give testimony in any Court of law. I also have personal knowledge of the statements made in this affidavit. Further this affidavit is made as my request for an out of time appeal.

On December 20, 2004, I was sentenced to a term of 25 years in the Alabama State prison in case number CC-03-044. This sentence was imposed by the Circuit Court of Chambers County, Alabama.

On January 19, 2005, while in the Chambers County jail awaiting transfer to to State prison, I filed notice of appeal, by placing said notice in the hands of the jail officials for mailing to the Circuit Court Clerk.

After waiting and not receiving any communication from the clerk regarding said notice of appeal, I then wrote the clerk asking for a status report regarding my appeal.

On June 20, I received from the clerk's office notification that my appeal was never received in the clerks office.

In accordance with Williams Vs. State, 651 So. 2d. 569, 1992, an out of time appeal is due to bbe granted because as stated in Williams, the law is flexible enough to allow papers to be filed once delivered to prisoner officials.

Further as stated in Houston Vs. Lack, 101 L Ed. 2d. 245, pro-se, prisoners notice of appeal held filed for purpose of time limit at moment of delivery to prison authorties for mailing to court.

I further stat under the penalty of perjury that all statements made herein are true and correct.

Dated this 27th day of June 2005:

*Patrick Heard*
Patrick O. Heard,

*[signature]*
Notary Public,

12-3-07
My Commission Expires,

```
CB2716-3                       ALABAMA DEPARTMENT OF CORRECTIONS           INST:   048
                               INMATE SUMMARY AS OF 11/08/2005             CODE:  CRSUM

****************************************************************************************

AIS: 001652168    INMATE: HEARD, PATRICK ONEAL                   RACE: B   SEX: M

INST: 048 - ATMORE COMM WORK CENTER          DORM:  00   JAIL CR: 000Y 02M 01D

DOB: 07/21/1968   SSN: 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

ALIAS: HEARD, P O'NEAL                    ALIAS: HEARD, PAT

ALIAS: HEARD, PATRICK                     ALIAS: HEARD, PATRICK O

ALIAS: HEARD, PATRICK O'NEA               ALIAS: HEARD, PATTY

ADM DT: 12/17/2004 DEAD TIME: 000Y 00M 00D

ADM TYP: NEW COMIT FROM CRT W/O REV OF    STAT: NEW COMIT FROM CRT W/O REV OF

CURRENT CUST: MIN-9   CURRENT CUST DT: 08/31/2005  PAROLE REVIEW DATE: OCT 2007

SECURITY LEVEL: (2) TWO

SERVING UNDER ACT446 LAW IN CLASS IV      CURRENT CLASS DATE:    12/17/2004
INMATE IS EARNING : PROHIBITED FROM EARNING GOODTIME

COUNTY         SENT DT   CASE NO    CRIME                     JL-CR        TERM
CHAMBERS       12/17/04  N03000044  BURGLARY III              00610  025Y 00M 00D CS
               COURT COSTS   : $0000400    FINES : $0000000   RESTITUTION : $0000050

 TOTAL TERM       MIN REL DT     GOOD TIME BAL      GOOD TIME REV      LONG DATE
 025Y 00M 00D     10/15/2029     000Y 00M 00D       000Y 00M 00D       10/15/2029

INMATE LITERAL:
****************************************************************************************

DETAINER WARRANTS SUMMARY
     INMATE CURRENTLY HAS NO DETAINER WARRANT RECORDS
****************************************************************************************

ESCAPEE-PAROLE SUMMARY

     INMATE CURRENTLY HAS NO PAROLE RECORDS

     INMATE CURRENTLY HAS NO PROBATION 754 RECORDS

     INMATE HAS NO ESCAPES FROM ADOC SINCE OBSCIS RECORDING B
****************************************************************************************

DISCIPLINARY/CITATION SUMMARY

     INMATE CURRENTLY HAS NO DISCIPLINARY/CITATION RECORDS
```

IN THE CIRCUIT COURT OF CHAMBERS COUNTY, ALABAMA

| | |
|---|---|
| STATE OF ALABAMA ) | |
| ) | |
| VS. ) | CASE NO. CC-03-044 |
| ) | |
| PATRICK ONEAL HEARD ) | |

## ORDER

The defendant appeared before the Court on December 17, 2004, with counsel. The defendant was before the Court for sentencing hearing.

After consideration of all submissions, it is Ordered that the defendant be sentenced to the penitentiary of the State of Alabama for a term of twenty-five years.

The defendant is Ordered to pay all court costs. The defendant is Ordered to reimburse the State of Alabama for the costs of court appointed attorney. The defendant is Ordered to reimburse Chambers County for any medical bills. The defendant is Ordered to pay a Victims Compensation Fund Award of $50.00.

Let a copy of this Order issue to counsel, the District Attorneys Office, the Chambers County Sheriffs Department, and the Department of Corrections.

Signed this the 20th day of December, 2004.

FILED IN OFFICE THIS

DEC 20 2004

CHARLES W. STORY
CIRCUIT CLERK
CHAMBERS COUNTY, ALABAMA

RAY D. MARTIN
CIRCUIT JUDGE

K Johnston, DA, SO, jail, DOC,

Patrick Oneal
Fountain 3800
Atmore, Alabama 36503



Office Of The Clerk
Chambers County Circuit Court

August 16, 2005

Re: Appeal of criminal case

    CC-03-044

Dear Clerk,
    Please send me a status report in regards to my trial transcripts that I have not received from the court reporter as of this date.
    As you know I can not appeal my conviction until I receive such transcripts, Therefore I am requesting that you respond advising me of such matter.
    Your time and consideration in this matter is appreciated and I trust to har from you soon.


Respectfully Yours,


Patrick Oneal,