FILED
2006 May-11 PM 03:28
U.S. DISTRICT COURT
N.D. OF ALABAMA

# In the United States District Court
# For the Northern District of Alabama

CV-06-B-0898-S

2006 MAY -8 PM 1: 11

## DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS

I, X Patrick Heard
declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed?   Yes ( )    No (✓)

   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer.

   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.

2. Have you received within the past twelve months any money from any of the following sources?

   a. Business, profession or form of self-employment?   Yes ( )   No (✓)
   b. Rent payments, interest or dividends?   Yes ( )   No (✓)
   c. Pensions, annuities or life insurance payments?   Yes ( )   No (✓)
   d. Gifts or inheritances?   Yes ( )   No (✓)
   e. Any other sources?   Yes ( )   No (✓)

   If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

3. Do you own cash, or do you have money in a checking or savings account?

   Yes ( )    No (✓)    (Include any funds in prison accounts.)

   If the answer is "Yes," state the total value of the items owned.

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?

   Yes ( )   No (✓)

   If the answer is "yes," describe the property and state its approximate value.

   _____
   _____
   _____
   _____

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

   _____
   _____
   _____
   _____
   _____

   I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on ___4-26-06_____.
   (date)

   _____Patrick Hard_____
   Signature of Petitioner

## CERTIFICATE

I hereby certify that the petitioner herein has the sum of $ __None__ on account to his credit at the _____ institution where he is confined on this _____.
(date)

I further certify that he has had the average sum on account at this institution as of the first day of each month of the immediate preceding months (not to exceed six (6) months.)
1. $_____ on the 1st day of _____
2. $_____ on the 1st day of _____
3. $_____ on the 1st day of _____
4. $_____ on the 1st day of _____
5. $_____ on the 1st day of _____
6. $_____ on the 1st day of _____

_____
_____
_____
_____

_____
Authorized Officer of Institution