FILED

2006 Jul-12  PM 02:53
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| PATRICK O'NEAL HEARD, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 2:06-cv-00898-SLB-JEO |
| | ) | |
| THE ATTORNEY GENERAL OF THE | ) | |
| STATE OF ALABAMA, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER**

Patrick O'Neal Heard (hereinafter "the petitioner") has filed an application for a writ of habeas corpus challenging his 2004 conviction of third-degree burglary in the Circuit Court of Chambers County, Alabama, pursuant to 28 U.S.C. § 2254. He is incarcerated at the Atmore Community Work Center.

Premised on the fact that the petitioner's conviction is from the Circuit Court of Chambers County and he is confined outside this District, the Clerk of the Court is **DIRECTED** to transfer this matter to the United States District Court for the Middle District of Alabama forthwith. *See* 28 U.S.C. § 1441(a).

**DONE**, this the 11th day of July, 2006.

*John E. Ott*

**JOHN E. OTT**
United States Magistrate Judge