IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CAMELLIA THERAPEUTIC FOSTER AGENCY, LLC, REPRESENTED BY JOSEPH APPIAH, CHAIRMAN CAMELLIA THERAPEUTIC FOSTER CHILDREN, FOSTER PARENTS, and STAFF,<br><br>    Plaintiff,<br><br>v.<br><br>GOVERNOR BOB RILEY, DEPT. OF HUMAN RESOURCES COMMISSIONER PAGE WALLEY, and SUSAN WARD,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO.  2:06cv735-MHT<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

This case was originally filed in the Circuit Court of Montgomery County, Alabama on June 27, 2006. On August 15, 2006, the defendants removed the case to this court on the basis of federal question jurisdiction. *See* 28 U.S.C. § 1446. A review of the pleading demonstrates that the plaintiff limited liability corporation is being represented by Joseph Appiah, the Chairman of the corporation. It further appears from a review of the pleadings that Mr. Appiah is not a lawyer. A corporation cannot represent itself, nor can it be represented by a non-lawyer. Accordingly, it is

ORDERED that, on or before September 7, 2006, the plaintiff shall secure representation by a licensed attorney authorized to practice in this court. Counsel shall file

a notice of appearance on or before September 7, 2006.

    Done this 18th day of August, 2006.


                        /s/Charles S. Coody
                  CHARLES S. COODY
                  CHIEF UNITED STATES MAGISTRATE JUDGE