IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

PATRICK O'NEAL HEARD, #165216,   )
                                 )
    Petitioner,              )
                                 )
  v.                             )   CIVIL ACTION NO. 3:06-CV-691-WHA
                                 )
SYLVESTER FOLKS, et al.,         )
                                 )
    Respondents.             )

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the respondents on August 28, 2006 (Court Doc. No. 8), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that the respondents be GRANTED an extension from August 28, 2006 to and including September 18, 2006 to file their answer to the petition.

Done this 29th day of August, 2006.

      /s/ Vanzetta Penn McPherson
      UNITED STATES MAGISTRATE JUDGE