RECEIVED

2006 AUG 30 A 9:31

CASE No. 2:06-CV-00898-SLB-JEO
3:06CV691-WHA

To whom it may concern at the office of the Clerk, United States District Court,

Concerning my case: I was told in a previous letter from you, that if I changed to a less restricted facility to notify your office with the new address. You will find all the information you will need at the closing of this letter. Thank you for your time concerning this matter.

Patrick Heard
165216 G-108
P.O. Box 13040
Mobile, Ala. 36663