IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| PATRICK O'NEAL HEARD, #1665216, | § |
| Petitioner, | § |
| vs. | §  Civil Action No. 3:06-CV-691-WHA |
| SYLVESTER FOLKS, et al., | § |
| Respondents. | § |

## VOLUNTARY MOTION TO DISMISS ACTION WITHOUT PREJUDICE

Comes Now, the Petitioner in the above styled action and Motion this Honorable Court for an Order 'Dismissing this Action Without Prejudice', and in support hereof the Petitioner shows unto this Honorable Court as follows:

This Petitioner filed with this Honorable Court a Petition challenging his conviction and sentence in State Court, without properly exhausting his State Court remedies, which would now prohibit him from a valid claim in this Honorable Court.

The Petitioner avers that he now wish to have this matter dismissed without prejudice, so that he may proceed in exhausting his claim in the State Court first as he was required to do, but being ignorant of the law, allowed this Petition to be filed with this Court on claims that have not been properly preserved for Federal Court review.

The Petitioner avers that although the Respondents have answered this action does not prevent this Honorable Court from now dismissing this matter without prejudice to this Petitioner.

The Petitioner respectfully request that this Honorable Court will dismiss this action without prejudice, so that the

1

Petitioner, should it be necessary to again petition this Honorable Court for a review of the State Court proceedings, will not otherwise be required to file for a successive petition.

The Petitioner avers that he does have a State Court remedy available to him which he did not properly allow in this case, however, in order to correct the wrong that has been created, this Petitioner respectfully request that this Honorable Court allow for the dismissal of this action pursuant to **Rule 41(a)(1) of the Federal Rules of Civil Procedures.**

**Wherefore,** with these reasons duly considered, this Petitioner prays that this Honorable Court will dismiss this action without prejudice to the Petitioner.

Done on this the 24th day of May, 2007.

Respectfully Submitted,

*Patrick Heard*
Petitioner


**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing on the State of Alabama Office of the Attorney General by placing a copy of the same in the United States mail properly stamped and addressed on this the 24th day of May, 2007.

*Patrick Heard*
Patrick O'Neal Heard,
petitioner

2

Mr. Patrick O'Neal Heard
AIS# 165216   Unit# J-75B
G. K. Fountain Corr. Fac.
Fountain 3800
Atmore, Alabama 36503



LEGAL

36101+0007

MONTGOMERY AL 361
MOBILE AL 366
29 MAY 2007 PM 4 L
25 MAY 2007 PM 1 L



UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION
C/O HON. DEBRA P. HACKETT, Clk.
Post Office Box 711
**Montgomery, Alabama 36101-0711**