Mr. Patrick O'Neal Heard
AIS# 165216    Unit# J-75B
G. K. Fountain Corr. Fac.
Fountain 3800
Atmore, Alabama 36503



LEGAL

361014007

MONTGOMERY AL 361
MOBILE AL 366
29 MAY 2007 PM 4 L
25 MAY 2007 PM 1 L



UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION
C/O HON. DEBRA P. HACKETT, Clk.
Post Office Box 711
**Montgomery, Alabama 36101-0711**